Deverie J. Christensen
Nevada State Bar No. 6596
Holly E. Walker
Nevada State Bar No. 14295
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
         holly.walker@jacksonlewis.com

*Attorneys for Defendant*
*Southwest Medical Associates, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARGUERITE BRATHWAITE, M.D., an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHWEST MEDICAL ASSOCIATES, INC., an active Nevada domestic Corporation; DOES 1-10 and ROE ENTITIES 1-10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00729-JCM-NJK <br><br> **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF No. 1]** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Marguerite Brathwaite, M.D. ("Plaintiff"), through her counsel F. Travis Buchanan, Esq., & Assoc., PLLC, and Defendant Southwest Medical Associates, Inc. ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have an extension, up to and including Wednesday, September 14, 2022, in which to file a response to Plaintiff's Complaint (ECF No. 1).  This Stipulation is submitted and based upon the following:

  1. Defendant's response to the Complaint (ECF No. 1) is currently due on August 15, 2022.

  2. Due to Defense counsel's recent retention, additional time is required to investigate Plaintiff's allegations before providing a response to the Complaint.

3. This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 9th day of August, 2022.

| F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ F. Travis Buchanan*<br>F. Travis Buchanan, Bar No. 9371<br>701 East Bridger Ave., Suite 540<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff*<br>*Marguerite Brathwaite, M.D.* | */s/ Holly E. Walker*<br>Deverie J. Christensen, Bar No. 6596<br>Holly E. Walker, Bar No. 14295<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>*Southwest Medical Associates, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
United States ~~District Court~~/Magistrate Judge

Dated: August 10, 2022

4879-9080-4781, v. 1