F. TRAVIS BUCHANAN, ESQ.
Nevada Bar No. 9371
**F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC**
701 East Bridger Ave., Suite 540
Las Vegas, Nevada 89101
Tel: (702) 331-5478
Fax: (702) 629-6919
Email: *Travis@ftblawlv.com*
*Attorneys for Plaintiff Marguerite Brathwaite, M.D.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARGUERITE BRATHWAITE, M.D., an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHWEST MEDICAL ASSOCIATES, INC., an active Nevada domestic Corporation; DOES 1-10 and ROE ENTITIES 1-10, inclusive. <br><br> Defendants. | Case No. 2:22-cv-00729-JCM-NJK <br><br> **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS [ECF No. 14]** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Marguerite Brathwaite, M.D. (Plaintiff), through her counsel F. TRAVIS BUCHANAN, ESQ., of the law firm F. TRAVIS BUCHANAN & ASSOCIATES, PLLC., and Southwest Medical Associates, Inc. ("Defendant"), through its counsel JACKSON LEWIS P.C., that Plaintiff shall have an extension, up to and including Wednesday, October 26, 2022, in which to file an Opposition to Defendant's Partial Motion to Dismiss (ECF No. 14). This Stipulation is submitted and based upon the following:

**1.** Plaintiff's response to the Partial Motion to Dismiss (ECF No. 14) is currently due on October 5, 2022.

**2.** Due to Plaintiff's counsel being out of the country on pre-planned travel after

1

Defendant filed its Partial Motion to Dismiss (ECF No. 14), and the due date for an Opposition falling 14 days thereafter, wherein Plaintiff's counsel was *en route* back to the States from pre-planned international travel. Plaintiff's counsel needs additional time to conduct research, draft an Opposition to Defendant's Partial Motion to Dismiss, and file such Opposition to Defendant's Motion to Dismiss.

3. This is the first request for an extension of time for Plaintiff to file a response to Defendant's Partial Motion to Dismiss.

4. As a courtesy to Defendant, Plaintiff's counsel previously stipulated to two requests for an extension of time for Defendant to file a response to Plaintiff's Complaint, which the Court granted.

5. This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

DATED this **5th** day of October 2022

| F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC | JACKSON LEWIS P.C. |
|---|---|
| By: **/s/ F. Travis Buchanan, Esq.**<br>F. TRAVIS BUCHANAN, ESQ.<br>Nevada Bar No. 9371<br>701 E. Bridger Ave., Ste. 540<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff*<br>*Marguerite Brathwaite M.D.* | By: **/s/ Holly Walker**<br>HOLLY E. WALKER, ESQ.<br>Nevada Bar No. 14295<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant*<br>*Southwest Medical Associates, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: October 5, 2022