Deverie J. Christensen
Nevada State Bar No. 6596
Holly E. Walker
Nevada State Bar No. 14295
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
           holly.walker@jacksonlewis.com

*Attorneys for Defendant*
*Southwest Medical Associates, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARGUERITE BRATHWAITE, M.D., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST MEDICAL ASSOCIATES, INC., an active Nevada domestic Corporation; DOES 1-10 and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00729-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME TO SUBMIT EARLY NEUTRAL EVALUATION STATEMENTS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Marguerite Brathwaite, M.D. ("Plaintiff"), through her counsel F. Travis Buchanan, Esq., & Assoc., PLLC, and Defendant Southwest Medical Associates, Inc. ("Defendant"), through its counsel Jackson Lewis P.C., to extend the time to submit their Early Neutral Evaluation Statements to the Chambers of the Honorable Magistrate Judge Daniel J. Albregts, up to and including **Wednesday, December 7, 2022 by 4:00 p.m.**

This Stipulation is submitted and based upon the following:

1. On September 22, 2022, the Court entered an Order scheduling the Early Neutral Evaluation session for December 1, 2022.  ECF No. 15.  On October 26, 2022, the Court entered an Order rescheduling the Early Neutral Evaluation session to December 12, 2022.  ECF No. 20.

2. The parties' Early Neutral Evaluation Statements are currently due on Monday, December 5, 2022 at 4:00 p.m.  ECF No. 9.

3. The parties have until December 6, 2022 to exchange their initial disclosures.  ECF No. 25.  The parties agree that their initial disclosures must be exchanged prior to submitting their Early Neutral Evaluation Statements, in order to meaningfully share the information they acquire from the initial disclosures with the Court in their Early Neutral Evaluation Statements.

4. Accordingly, the parties require additional time to prepare and submit their Early Neutral Evaluation Statements.  The parties have agreed to extend the time to submit their Early Neutral Evaluation Statements, by two (2) days, up to and including Wednesday, December 7, 2022 by 4:00 p.m.

5. This is the first request from the parties for an extension of time to submit their Early Neutral Evaluation Statements.  This request is made in good faith and not for the purpose of delay.

Dated this 2nd day of December, 2022.

| F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC | JACKSON LEWIS P.C. |
|---|---|
| /s/ F. Travis Buchanan<br>F. Travis Buchanan, Bar No. 9371<br>701 East Bridger Ave., Suite 540<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff*<br>*Marguerite Brathwaite, M.D.* | /s/ Holly E. Walker<br>Deverie J. Christensen, Bar No. 6596<br>Holly E. Walker, Bar No. 14295<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>*Southwest Medical Associates, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/5/2022

4881-9177-8625, v. 1