# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARGUERITE BRATHWAITE,

    Plaintiff(s),

v.

SOUTHWEST MEDICAL ASSOCIATES, INC., et al.,

    Defendant(s).

Case No. 2:22-cv-00729-JCM-NJK

**Order**

[Docket No. 32]

Pending before the Court is an expert disclosure filed by Plaintiff. Docket No. 32. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: January 19, 2023

                                                Nancy J. Koppe
                                                United States Magistrate Judge

1