# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE L. BELLAMY, | Case No.: 2:22-cv-00729-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| EXPERIAN INFORMATION SOLUTCIONS, INC., et al., | |
| Defendants | |

On October 26, 2022, plaintiff Jesse Bellamy and defendant Wells Fargo Bank, N.A. advised the court that they had settled the dispute between them. ECF No. 33.  They requested 60 days to file dismissal documents. *Id.*  No stipulation to dismiss has been filed.

I THEREFORE ORDER that by February 10, 2023, plaintiff Jesse Bellamy and defendant Wells Fargo Bank, N.A. shall file a stipulation of dismissal or a status report.

DATED this 30th day of January, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE