# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARGUERITE BRATHWAITE,<br><br>    Plaintiff(s),<br><br>v.<br><br>SOUTHWEST MEDICAL ASSOCIATES, INC.,<br><br>    Defendant(s). | Case No. 2:22-cv-00729-JCM-NJK<br><br>**Order**<br><br>[Docket No. 39] |

The parties agreed to settle this case, but continue in their efforts to resolve an issue arising out of the written settlement agreement. Docket No. 39 at 2. Given the circumstances, the case management deadlines are **VACATED**. Dismissal papers or a status report must be filed by June 7, 2023. The stipulation to stay discovery is **DENIED** as moot.

IT IS SO ORDERED.

Dated: May 8, 2023

                                                                        _____
                                                                        Nancy J. Koppe
                                                                        United States Magistrate Judge