F. TRAVIS BUCHANAN, ESQ., & ASSOC.
F. Travis Buchanan, Esq.
Nevada Bar No. 9371
701 E. Bridger Ave., Suite 540
Las Vegas, Nevada 89101
Email: *Travis@Ftblawlv.com*
Tel: (702) 331-5478
Fax: (702) 629-6919
*Attorneys for Plaintiff Marguerite Brathwaite, M.D.*

**IVIE McNEILL WYATT PURCELL & DIGGS**
Rodney S. Diggs, Esq.
California Bar No. 274459, *Admitted to Nevada Pro Hac*
444 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Tel: (213) 489-0028
Fax: (213) 489-0552
Email: *R.Diggs@imwlaw.com*
*Attorneys for Plaintiff Marguerite Brathwaite, M.D.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARGUERITE BRATHWAITE, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST MEDICAL ASSOCIATES, INC., an active Nevada domestic Corporation; DOES 1-10 and ROE ENTITIES 1-10, inclusive.<br><br>Defendants. | Case No.: 2:22-cv-00729-JCM-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSES TO DEFENDANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT [ECF NO. 44] AND MOTION FOR AN EVIDENTIARY HEARING [ECF NO. 45] AND FOR DEFENDANT TO FILE REPLIES IN SUPPORT OF ITS MOTIONS [ECF NOS. 44 AND 45]**<br><br>**First Request** |

IT IS HEREBY STIPULATED by and between Plaintiff Marguerite Brathwaite, M.D., ("Plaintiff"), through her counsel F. TRAVIS BUCHANAN, ESQ., of the law firm F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC., and RODNEY S. DIGGS, of the law firm IVIE McNEILL WYATT PURCELL & DIGGS, and SOUTHWEST MEDICAL ASSOCIATES, INC.,

("Defendant") through its counsel JACKSON LEWIS P.C., that Plaintiff shall have an extension, up to and including Wednesday, July 19, 2023, in which to file responses to Defendant's Motion to Enforce Settlement Agreement (ECF No. 44), and Motion for an Evidentiary Hearing (ECF No. 45); and that Defendant shall have up to and including August 2, 2023, to file any replies in support of Defendant's Motions (ECF Nos. 44 and 45) to Plaintiff's responses. This Stipulation is submitted and based upon the following:

    1.    Plaintiff's response to Defendant's Motion to Enforce Settlement Agreement (ECF No. 44) is currently due on July 12, 2023.

    2.    Plaintiff's response to Defendant's Motion for an Evidentiary Hearing (ECF No. 45) is also currently due on July 12, 2023.

    3.    Due to Plaintiff's counsel F. Travis Buchanan, Esq., having been out of town for pre-planned holiday travel between July 1, 2023, and July 9, 2023 (shortly after Defendant filed the underlying Motions), and Plaintiff's counsel Rodney S. Diggs, having been out of the country for pre-planned travel between June 27, 2023, and July 5, 2023 (shortly before Defendant filed the underlying Motions), and the due dates for responses falling 14 days thereafter. Plaintiff's counsel needs additional time to draft, edit, review and finalize their responses to Defendant's Motions, and Defendant's Counsel has agreed to the extension.

    4.    LR 7-2 requires that any reply must be filed within 7 days after service of a response to a motion. Anticipating that Plaintiff will file responses to Defendant's Motions on July 19, 2023, Defendant's replies would be due on July 26, 2023. However, Defense Counsel will be out of the office for a pre-planned event from July 21, 2023 through July 24, 2023, and will need additional time to prepare and file replies in support of its Motions. Thus, Defendant has requested to extend the deadline for replies for one week to August 2, 2023, and Plaintiff has agreed to the extension.

    5.    This is the first request for an extension of time for Plaintiff to file a response to

Defendant's recently filed Motions.

6.  This is the first request for an extension of time for Defendant to file replies in support of its Motions after the anticipated filing of Plaintiff's oppositions on July 19..

7.  This request is made in good faith and not for the purpose of delay.

8.  Nothing in this Stipulation, or the fact of entering the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

DATED this **12th** day of July, 2023

| F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ F. Travis Buchanan* <br> F. Travis Buchanan, Bar No. 9371 <br> 701 East Bridger Ave., Suite 540 <br> Las Vegas, Nevada 89101 | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> Katlyn M. Brady, Bar No. 14173 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 |
| IVIE McNEILL WYATT PURCELL & DIGGS | *Attorneys for Defendant Southwest Medical Associates, Inc.* |
| */s/ Rodney S. Diggs* <br> Rodney S. Diggs, Esq. <br> California Bar No. 274459, Admitted Pro Hac <br> 444 S. Flower Street, 18th Floor <br> Los Angeles, CA 90071 <br> Tel: (213) 489-0028/Fax: (213) 489-0552 | |

*Attorneys for Plaintiff*
*Marguerite Brathwaite, M.D.*

## **ORDER**

IT IS SO ORDERED:

_____
United States ~~District Court~~/Magistrate Judge

Dated: July 13, 2023