Deverie J. Christensen
Nevada State Bar No. 6596
Katlyn M. Brady
Nevada State Bar No. 14173
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
           katlyn.brady@jacksonlewis.com

*Attorneys for Defendant*
*Southwest Medical Associates, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARGUERITE BRATHWAITE, M.D., an individual, | Case No. 2:22-cv-00729-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO STAY ANSWERING DEADLINE** |
| SOUTHWEST MEDICAL ASSOCIATES, INC., an active Nevada domestic Corporation; DOES 1-10 and ROE ENTITIES 1-10, inclusive, | **(First Request)** |
| Defendants. | |

Plaintiff Marguerite Brathwaite, M.D. ("Plaintiff"), through her counsel F. Travis Buchanan, Esq., & Assoc., PLLC, and Rodney S. Diggs, of the law firm IVIE McNeill Wyatt Purcell & Diggs, and Defendant Southwest Medical Associates, Inc. ("Defendant"), through its counsel Jackson Lewis P.C., stipulate and agree to stay Defendant's deadline to respond to Plaintiff's Complaint (ECF No. 1) as set forth below.

1. On May 6, 2022, Plaintiff filed a Complaint against Defendant asserting several employment related claims.

2. On September 21, 2022, Defendant filed a Partial Motion to Dismiss Plaintiff's Complaint. ECF No. 14.

3. While the Motion to Dismiss was pending, the parties entered into a scheduling order and began the discovery process. ECF No. 25.

4. On May 5, 2023, the parties submitted a stipulation to stay discovery, stating a settlement had been reached and the parties needed additional time to complete the settlement paperwork. ECF No. 39.

5. On June 7, 2023, Defendant filed a status report stating Plaintiff now disputed whether a settlement had been reached and Defendant intended to file a motion to enforce the settlement agreement. ECF No. 42. Defendant then filed a Motion to Enforce Settlement Agreement. ECF No. 44. Plaintiff filed her opposition on July 19, 2023. ECF No. 53. Defendant filed its reply on August 2, 2023. ECF No. 56. This motion is fully briefed and remains pending.

6. On August 14, 2023, this Court entered an order granting Defendant's Partial Motion to Dismiss. ECF No. 62. Defendant's Answer to the remaining allegations in Plaintiff's Complaint is due August 28, 2023.

7. If the Court grants Defendant's Motion to Enforce Settlement, it would dispose of all remaining claims. Defendant would not be required to file an Answer if the Motion to Enforce Settlement is granted.

8. The parties agree that Defendant's deadline to respond to Plaintiff's Complaint shall be stayed pending ruling on Defendant's Motion to Enforce Settlement, ECF No. 44. If the Motion to Enforce Settlement is denied, Defendant shall have two weeks from the date of the order to file an Answer.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. The parties make this request in good faith and not to unduly delay the final disposition of this matter.

Dated this 28nd day of August 2023.

| | |
|---|---|
| F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC | JACKSON LEWIS P.C. |
| */s/ F. Travis Buchanan* <br> F. Travis Buchanan, Bar No. 9371 <br> 701 East Bridger Ave., Suite 540 <br> Las Vegas, Nevada 89101 | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> Katlyn M. Brady, Bar No. 14173 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Southwest Medical Associates, Inc.* |

IVIE McNEILL WYATT PURCELL & DIGGS

*/s/ Rodney S. Diggs*
Rodney S. Diggs, Esw.
California Bar No. 274459, Admitted Pro Hac
444 S. Flower Street, 18th Floor
Los Angeles, CA 90071

*Attorneys for Plaintiff*
*Marguerite Brathwaite, M.D.*

## **ORDER**

IT IS SO ORDERED:

_____
United States ~~District Court/~~Magistrate Judge

Dated: __August 29, 2023__