# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGUERITE BRATHWAITE,<br><br>    Plaintiff(s),<br><br>v.<br><br>SOUTHWEST MEDICAL ASSOCIATES, INC.,<br><br>    Defendant(s). | Case No. 2:22-cv-00729-JCM-NJK<br><br>**ORDER**<br><br>[Docket Nos. 45, 49] |

Pending before the Court is Defendant's motion for an evidentiary hearing. Docket No. 45; *see also* Docket No. 49 (sealed version). That motion for an evidentiary hearing is **GRANTED** and an evidentiary hearing is **SET** for 9:00 a.m. on October 5, 2023, in Courtroom 3C. No later than September 21, 2023, the parties must jointly file an exhibit list and witness list.[1]

IT IS SO ORDERED.

Dated: August 30, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] These lists need not include exhibits or witnesses that will be introduced solely for impeachment purposes. *Cf.* Local Rule 16-3(c).

1