UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARGUERITE BRATHWAITE, M.D.,<br>    Plaintiff(s),<br>v.<br>SOUTHWEST MEDICAL ASSOCIATES, INC.,<br>    Defendant(s). | Case No. 2:22-cv-00729-JCM-NJK<br><br>**Order**<br><br>[Docket Nos. 46, 47, 54, 58, 59] |

Pending before the Court are five motions to seal filed in conjunction with the motion to enforce settlement. Docket Nos. 46, 47, 54, 58, 59. No responses have been filed.[1] The Court hereby **SETS** those motions for a hearing at 9:00 a.m. on October 5, 2023, in Courtroom 3C.

The parties must provide courtesy copies of each of their sealed documents with highlighting for each redaction proposed for that document. These courtesy copies must be submitted to the undersigned's box in the Clerk's Office by September 8, 2023.

IT IS SO ORDERED.

Dated: August 30, 2023

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] The fact that a sealing request may be unopposed does not automatically result in it being granted because the Court is tasked with protecting the public's interest in transparency. *Allegiant Travel Co. v. Kinzer*, 2022 WL 2819734, at *1 n.1 (D. Nev. July 19, 2022).

1