# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARGUERITE BRATHWAITE,

    Plaintiff(s),

v.

SOUTHWEST MEDICAL ASSOCIATES, INC.,

    Defendant(s).

Case No. 2:22-cv-00729-JCM-NJK

**ORDER**

[Docket No. 70]

Pending before the Court is a stipulation to continue the hearings set for October 5, 2023, Docket No. 70, which is **GRANTED**. The hearings are hereby **CONTINUED** to 9:00 a.m. on October 26, 2023, in Courtroom 3C. Supplemental briefs remain due on September 14, 2023. The joint exhibit list and witness list remain due on September 21, 2023.

IT IS SO ORDERED.

Dated: September 13, 2023

                                                Nancy J. Koppe
                                                United States Magistrate Judge