# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARGUERITE BRATHWAITE,

    Plaintiff(s),

v.

SOUTHWEST MEDICAL ASSOCIATES, INC.,

    Defendant(s).

Case No. 2:22-cv-00729-JCM-NJK

**ORDER**

    The hearings set for October 26, 2023, *see* Docket No. 71, are hereby **CONTINUED** in time only to 10:30 a.m.

    IT IS SO ORDERED.

    Dated: October 17, 2023

                                              Nancy J. Koppe
                                              United States Magistrate Judge