# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARGUERITE BRATHWAITE,

    Plaintiff(s),

v.

SOUTHWEST MEDICAL ASSOCIATES, INC.,

    Defendant(s).

Case No. 2:22-cv-00729-JCM-NJK

**ORDER**

    On October 26, 2023, the Court held an evidentiary hearing on the motion to enforce settlement. Docket No. 77. The parties are hereby **ORDERED** to file proposed findings of fact by January 5, 2024. If a transcript of the evidentiary has not already been ordered, the parties must promptly order the transcript and must evenly split the cost.

    IT IS SO ORDERED.

    Dated: November 28, 2023

                                                  Nancy J. Koppe
                                                 United States Magistrate Judge