Deverie J. Christensen
Nevada State Bar No. 6596
Katlyn M. Brady
Nevada State Bar No. 14173
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
katlyn.brady@jacksonlewis.com

*Attorneys for Defendant*
*Southwest Medical Associates, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARGUERITE BRATHWAITE, M.D., an individual,

Plaintiff,

v.

SOUTHWEST MEDICAL ASSOCIATES, INC., an active Nevada domestic Corporation; DOES 1-10 and ROE ENTITIES 1-10, inclusive.

Defendants.

Case No.: 2:22-cv-00729-JCM-NJK

**STIPULATION TO EXTEND THE JANUARY 5, 2024, DEADLINE TO SUBMIT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**First Request**

IT IS HEREBY STIPULATED by and between Plaintiff Marguerite Brathwaite, M.D., ("Plaintiff"), through her counsel F. TRAVIS BUCHANAN, ESQ., of the law firm F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC., and RODNEY S. DIGGS, of the law firm IVIE McNEILL WYATT PURCELL & DIGGS, and SOUTHWEST MEDICAL ASSOCIATES, INC., ("Defendant") through its counsel JACKSON LEWIS P.C., that the current January 5, 2024, deadline to file proposed findings of fact and conclusions of law be extended to January 12, 2024.

1. On October 26, 2023, the parties participated in an evidentiary hearing on Defendant's Motion to Enforce Settlement Agreement. ECF No. 44.

2. On November 28, 2023, the Court ordered the parties to purchase a transcript of the October 26, 2023, evidentiary hearing and prepare proposed findings of fact no later than January 5, 2024. ECF No. 79

3. On November 29, 2023, the parties ordered a copy of the October 26, 2023, hearing transcript. On December 7, 2023, the parties received a copy of the hearing transcript.

4. As the Court has not yet ruled on the pending Motion to Enforce Settlement Agreement, the parties began the process of each preparing proposed findings of facts and conclusions of law for the Court's review and consideration.

5. Beginning on December 17, 2023, counsel for Defendant Deverie Christensen was out of the office due to an illness. Further, Ms. Christensen has been out of the office from December 20 through at least January 2, 2024, due to her minor daughter undergoing major surgery and recovery.

6. As a result of Ms. Christensen's illness and her daughter's surgery, Defendant is unable to complete its proposed findings of fact and conclusions of law before January 5, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. Accordingly, the parties stipulate and agree to extend the deadline from January 5, 2024, to January 12, 2024, for each party to submit its proposed findings of fact and conclusions of law for the Court's consideration.

8. This request is made in good faith and not for the purpose of delay.

DATED this 2nd day of January, 2024.

F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC

*/s/ F. Travis Buchanan*
F. Travis Buchanan, Bar No. 9371
701 East Bridger Ave., Suite 540
Las Vegas, Nevada 89101

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar No. 6596
Katlyn M. Brady, Bar No. 14173
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Southwest Medical Associates, Inc.*

**ORDER**

IT IS SO ORDERED:

______________________________
United States ~~District Court~~/Magistrate Judge

Dated: January 3, 2024