UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARGUERITE BRATHWAITE, M.D.,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>SOUTHWEST MEDICAL ASSOCIATES, INC.,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:22-CV-729 JCM (NJK)<br><br>ORDER |

Presently before the court is Magistrate Judge Koppe's sealed report and recommendation ("R&R").[1] (ECF No. 90). After considering the parties' respective arguments and holding an evidentiary hearing on the matter (ECF No. 77), she recommends that defendant Southwest Medical Associates, Inc.'s motion to enforce settlement (ECF No. 44 & 48 (sealed)) be granted. (*Id.* at 1).

No objections were filed to the R&R. Thus, the district court is not obligated to conduct a *de novo* review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Koppe's R&R (ECF Nos. 90, 91) be, and the same hereby is, ADOPTED, in full.

---

[1] The redacted version is filed on the docket at ECF No. 91.

1    IT IS FURTHER ORDERED that the defendant's motion to enforce settlement (ECF Nos. 44, 48) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the parties file the appropriate dismissal documents by March 22, 2024.

DATED February 23, 2024.

_____
UNITED STATES DISTRICT JUDGE