Deverie J. Christensen
Nevada State Bar No. 6596
Katlyn M. Brady
Nevada State Bar No. 14173
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
         katlyn.brady@jacksonlewis.com

*Attorneys for Defendant*
*Southwest Medical Associates, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARGUERITE BRATHWAITE, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST MEDICAL ASSOCIATES, INC., an active Nevada domestic Corporation; DOES 1-10 and ROE ENTITIES 1-10, inclusive.<br><br>Defendants. | Case No.: 2:22-cv-00729-JCM-NJK<br><br>**STIPULATION TO EXTEND THE MARCH 8, 2024 DEADLINE TO FILE A MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO FED. R. CIV. P. 54**<br><br>**First Request** |

IT IS HEREBY STIPULATED by and between Plaintiff Marguerite Brathwaite, M.D., ("Plaintiff"), through her counsel F. TRAVIS BUCHANAN, ESQ., of the law firm F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC., and RODNEY S. DIGGS, of the law firm IVIE McNEILL WYATT PURCELL & DIGGS, and SOUTHWEST MEDICAL ASSOCIATES, INC., ("Defendant") through its counsel JACKSON LEWIS P.C., that the current March 8, 2024, deadline to file a motion for attorney's fees and costs pursuant to FRCP 54 be extended to March 29, 2024.

1. On January 24, 2024, Magistrate Judge Koppe entered a report and recommendation that Defendant's Motion to Enforce Settlement be granted. ECF No. 90.

2. On February 23, 2024, Judge Mahan entered an order adopting Magistrate Judge Koppe's report and recommendation. ECF No. 99.

3. Judge Mahan further ordered the parties to submit the required dismissal paperwork by March 22, 2024. ECF No. 99.

4. Pursuant to Fed. R. Civ. P. 54(d), Defendant has until March 8, 2024, to file a motion for attorney's fees and costs.

5. The parties are in the process of finalizing the written settlement agreement and preparing the necessary dismissal documents.

6. The parties desire to complete this process without incurring potentially avoidable additional motion practice. Accordingly, the parties hereby stipulate and agree that Defendant's deadline to file a motion for attorney's fees and costs shall be extended from March 8, 2024, to March 29, 2024.

7. This request is made in good faith and not for the purpose of delay.

DATED this 7th day of March, 2024

| F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ F. Travis Buchanan* <br> F. Travis Buchanan, Bar No. 9371 <br> 701 East Bridger Ave., Suite 540 <br> Las Vegas, Nevada 89101 | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> Katlyn M. Brady, Bar No. 14173 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendant* <br> *Southwest Medical Associates, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2024