Deverie J. Christensen
Nevada State Bar No. 6596
Katlyn M. Brady
Nevada State Bar No. 14173
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
  katlyn.brady@jacksonlewis.com

*Attorneys for Defendant*
*Southwest Medical Associates, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARGUERITE BRATHWAITE, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST MEDICAL ASSOCIATES, INC., an active Nevada domestic Corporation; DOES 1-10 and ROE ENTITIES 1-10, inclusive.<br><br>Defendants. | Case No.: 2:22-cv-00729-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Marguerite Brathwaite, M.D., ("Plaintiff"), through her counsel F. TRAVIS BUCHANAN, ESQ., of the law firm F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC., and RODNEY S. DIGGS, of the law firm IVIE McNEILL WYATT PURCELL & DIGGS, and SOUTHWEST MEDICAL ASSOCIATES, INC., ("Defendant") through its counsel JACKSON

/ / /

/ / /

/ / /

LEWIS P.C., having reached a settlement, hereby stipulate and agree to dismiss all claims with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 16th day of April, 2024

| F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ F. Travis Buchanan* <br> F. Travis Buchanan, Bar No. 9371 <br> 701 East Bridger Ave., Suite 540 <br> Las Vegas, Nevada 89101 | */s/ Katlyn M. Brady* <br> Deverie J. Christensen, Bar No. 6596 <br> Katlyn M. Brady, Bar No. 14173 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* <br> *Marguerite Brathwaite* | *Attorneys for Defendant* <br> *Southwest Medical Associates, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 17, 2024

4870-2503-9543, v. 1